IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LOI VAN NGUYEN**                                                       **PLAINTIFF**

**v.**                                     **CAUSE NO. 1:24-cv-251-LG-BWR**

**PHONG LE and F/V LE FAMILY**                           **DEFENDANTS**

### ORDER REQUIRING PLAINTIFF TO FILE AMENDED COMPLAINT

This matter is before the Court *sua sponte* regarding Plaintiff's delay in filing the amended complaint. Pursuant to the local rules, if an amended pleading "motion is granted, the movant *must file the amended pleading as a separately docketed item within seven days from entry of the order granting the motion.*" L.U. Civ. R. 15 (emphasis added). The Court granted leave to file on June 7, 2025. Plaintiff has yet to file the amended complaint.

"The federal courts are vested with the inherent power to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Woodson v. Surgitek, Inc.*, 57 F.3d 1406, 1417 (5th Cir. 1995) (internal quotation marks and citation omitted). Failure to comply with the Court's orders or the Local Rules may result in dismissal of the case. *See id.*; Fed. R. Civ. P. 41(b).

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff **on or before July 15, 2025,** file his amended complaint pursuant to the Court's [23] Order and Local Rule 15. Further delay in filing the amended complaint may constitute a purposeful delay and a contumacious act warranting dismissal.

**SO ORDERED AND ADJUDGED** this the 8th day of July, 2025.

*s/ Louis Guirola, Jr.*

LOUIS GUIROLA, JR.

UNITED STATES DISTRICT JUDGE